IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BEN MARISCO,
        Plaintiff,

v.                                              Civil Action No. 3:21cv17

NORFOLK SOUTHERN RAILWAY CO.,
        Defendant.

## FINAL ORDER

On September 27, 2021, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 17.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 27 September 2021
Richmond, VA